NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**RICHARD G. FRIES, JR.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2016-1242

_____

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00758-TCW, Judge Thomas C. Wheeler.

...................................................................

**RICHARD G. FRIES, JR.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

_____

2016-1304

_____

Appeal from the United States Court of Federal Claims in No. 1:15-cv-00647-TCW, Judge Thomas C. Wheeler.

———————————

Decided: August 12, 2016

———————————

RICHARD G. FRIES, JR., Atlantic Beach, FL, pro se.

AARON WOODWARD, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee in 16-1242. RENEE GERBER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, for defendant-appellee in 16-1304. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., FRANKLIN E. WHITE, JR., DONALD E. KINNER.

———————————

Before NEWMAN, SCHALL, and CHEN, *Circuit Judges.*

PER CURIAM.

Richard G. Fries appeals the dismissal of these actions by the Court of Federal Claims, as not within that court's jurisdiction, or for failure to state a claim on which relief can be granted.

Appeal No. 2016-1242 relates to Mr. Fries' contention that an unnamed third party was the victim of a dental scam, and requests damages in the amount of 2.5 million dollars. Such a cause of action, sounding in tort, is not within the jurisdiction of the Court of Federal Claims.

Appeal No. 2016-1304 concerns various allegations regarding drug testing, searches and seizures, and Mr. Fries' credit rating. Again, the Court of Federal Claims correctly held that Mr. Fries has not stated a cause within the jurisdiction of that court.

The dismissals are

**AFFIRMED.**

No costs.